■ In the Matter of JAMES PINE, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [3 NYS3d 647]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Superintendent of Green Haven Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., McCarthy, Lynch and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.